# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>Edgar Arturo Barrios Herrera<br>DOB: 1987; Citizen of Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>25-09386MJ |

Complaint for violations of Title 18, United States Code, §§ 922(g)(5)(B), 924(a)(8) and 554(a)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**COUNT 1:** On or about August 20, 2025, at or near Eloy, in the District of Arizona, the defendant, **Edgar Arturo Barrios Herrera**, knowing that he was an alien lawfully admitted to the United States under a nonimmigrant visa, did knowingly possess, in and affecting interstate or foreign commerce, firearms, to wit: one (1) Jimenez Arms, model JA 380, .380 caliber pistol and one (1) Mossberg, model 715T, .22 caliber rifle; all in violation of Title 18, United States Code, Sections 922(g)(5)(B) and 924(a)(8).

**COUNT 2:** On or about August 20, 2025, at or near Eloy, in the District of Arizona, **Edgar Arturo Barrios Herrera** knowingly and fraudulently attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: one (1) Jimenez Arms, model JA 380, .380 caliber pistol and one (1) Mossberg, model 715T, .22 caliber rifle, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774; all in violation of Title 18, United States Code, Section 554(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On August 20, 2025, **Edgar Arturo BARRIOS HERRERA** was stopped by a Pinal County Sheriff's Department (PCSD) deputy on Eastbound Interstate-10 near mile marker 211 in Eloy, Arizona, for a civil traffic infraction. **BARRIOS HERRERA** was the sole occupant of the vehicle. The PCSD deputy asked **BARRIOS HERERA** if there were any weapons in the car to which **BARRIOS HERRERA** gave a negative declaration. The deputy obtained consent to search **BARRIOS HERERA's** person and located a hard object in the front pants pocket. The deputy asked **BARRIOS HERRERA** what the object was in his pocket at which time **BARRIOS HERRERA** pulled out a Jimenez Arms, model JA 380, .380 caliber pistol, bearing serial number 120504, from his right front pants pocket and handed it to the deputy. The deputy obtained verbal/video/audio recorded consent to search **BARRIOS HERRERA's** vehicle. During the search, the deputy located a disassembled Mossberg, model 715T, .22 caliber rifle, bearing serial number EMG3821754, concealed within the vehicle. The barrel and receiver were located under the center console. The stock was located inside the driver's side rear passenger door. The buttstock was located under the dashboard behind the radio.

**(BASIS OF COMPLAINT CONTINUED ON REVERSE.)**

MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.*<br><br>COMPLAINT REVIEWED by AUSA R. Arellano *(Digitally signed by RAQUEL ARELLANO Date: 2025.08.21 08:59:24 -07'00')* | SIGNATURE OF COMPLAINANT<br>CHADRICK SUTTERLEY *(Digitally signed by CHADRICK SUTTERLEY Date: 2025.08.21 09:06:57 -07'00')*<br><br>OFFICIAL TITLE & NAME:<br>Special Agent Chad Sutterley, ATF |
| Subscribed to and sworn before me telephonically. | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>August 21, 2025 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54

**(BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED.)**
Page 2

In a post-*Miranda* interview with an ATF agent, **BARRIOS HERRERA** admitted that he purchased the guns for himself and was going to take them back to his house in Mexico. **BARRIOS HERRERA** admitted he paid $1,200 for the two firearms. **BARRIOS HERRERA** also admitted he purchased the guns from a private person in Phoenix, Arizona, because he knew he could not buy guns because he was a Mexican citizen. **BARRIOS HERRERA** told the agent that the person who sold him the guns dissembled the rifle and concealed it in the vehicle.

Record queries through Department of Homeland Security databases confirmed **BARRIOS HERRERA** is a Mexican Citizen who was granted admission into the United States on August 19, 2025, as a valid B1/B2 Border Crossing Card Non-Immigrant visa holder.

An ATF firearms nexus expert conducted a preliminary examination of the firearms found on **BARRIOS HERRERA's** person and in the vehicle he was driving. The nexus expert determined that the firearms were not manufactured in Arizona, thereby traveling in, or affecting interstate and/or foreign commerce. **BARRIOS HERRERA** does not have a license to export firearms from the United States into the Republic of Mexico.